988

No. 81–1008.   BURLINGTON NORTHERN INC. ET AL. *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari granted.

No. 81–1222.   UNITED STATES *v.* GENERIX DRUG CORP. ET AL.   C. A. 11th Cir.   Certiorari granted.

No. 81–1244.   HENSLEY ET AL. *v.* ECKERHART ET AL. C. A. 8th Cir.   Certiorari granted.

No. 81–1271.   FALLS CITY INDUSTRIES, INC. *v.* VANCO BEVERAGE, INC.   C. A. 7th Cir.   Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 80–1527.   LUMMIS, TEMPORARY ADMINISTRATOR, ET AL. *v.* LOS ANGELES AIRWAYS, INC.   Ct. Civ. App. Tex., 14th Sup. Jud. Dist.   Certiorari denied.

No. 81–152.   WEIT ET AL. *v.* CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL. C. A. 7th Cir.   Certiorari denied.

No. 81–373.   BRIDGEPORT FIREFIGHTERS FOR MERIT EMPLOYMENT, INC., ET AL. *v.* ASSOCIATION AGAINST DISCRIMINATION IN EMPLOYMENT, INC., ET AL.; and

No. 81–374.   CITY OF BRIDGEPORT ET AL. *v.* ASSOCIATION AGAINST DISCRIMINATION IN EMPLOYMENT, INC., ET AL. C. A. 2d Cir.   Certiorari denied.   Reported below: 647 F. 2d 256.

No. 81–789.   RUSHEN, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* TAYLOR ET AL.   C. A. 9th Cir.   Certiorari denied.